UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE NELSON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNHARDT, *Acting Secretary, Department of the Interior*, <br><br> Defendant. | No. 18-cv-2934 (KBJ) |

## MEMORANDUM OPINION

On April 3, 2019, the defendant in this matter filed a motion to dismiss plaintiff's complaint. (ECF No. 8.) The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by May 6, 2019, the Court may treat the motion as conceded. (ECF No. 9.) To date, the plaintiff has neither filed an opposition to the motion nor has he requested more time to do so. Therefore, the Court will **GRANT** defendant's motion as conceded and will **DISMISS** this action without prejudice.

A separate Order accompanies this Memorandum Opinion.

DATE: May 9, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge